**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

TONY LUCIBELLO,

    Plaintiff,

v.                                               CASE NO: 2:08-cv-823-FtM-UA-DNF

CYPRESS LAKE PROFESSIONAL CENTER, L.C.,

    Defendant.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged that the parties' Joint Motion to Stay (Dkt. 8) is granted. All proceedings in this case are stayed for a period of ninety (90) days to allow the parties to resolve the issues raised in this lawsuit and to negotiate a settlement agreement. The parties shall file a status report within ninety (90) days of this order advising the Court of the status of their settlement negotiations.

    **DONE AND ORDERED** at Tampa, Florida, on November 21, 2008.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA
                                              UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record